AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA Brittany Jones)                    21-042

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Joseph Candidi<br><br>*Defendant(s)* | Case No. 21-mj-775 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 2, 2021__ in the county of __Philadelphia__ in the __Eastern__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2),(b)(1) | Receipt of Child Pornography |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*s/ Daron Schreier*
Complainant's signature

Special Agent Daron Schreier, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: April 28, 2021

/s/ Lynne A. Sitarski
Judge's signature

City and state: Philadelphia, PA

Honorable Lynne A. Sitarski, USMJ
Printed name and title

## AFFIDAVIT

I, Daron Schreier, a Special Agent with the Federal Bureau of Investigation (FBI), Philadelphia Division, being duly sworn, depose and state as follows:

1. I am a Special Agent with the FBI and have been since January of 2006. Since August of 2006, I have been assigned to the Philadelphia Division where I have been a member of the Joint Terrorism Task Force, the Cyber squad, and most recently the Violent Crimes Against Children squad. I have received training from the FBI in the fields of international terrorism, counterintelligence, computer crime, and the enforcement of federal child pornography laws.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. The statements in this Affidavit are based on my investigation and other law enforcement officers' investigation of this matter. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that JOSEPH CANDIDI, date of birth October 9, 1959, violated Title 18, United States Code, Sections 2252 (a)(2) (receipt of child pornography).

## SUMMARY OF THE INVESTIGATION

4. The National Center for Missing and Exploited Children (NCMEC) receives complaints via their CyberTipline from Internet Service Providers (ISPs), Electronic Service

Providers (ESPs), and others. These CyberTipline reports are reviewed by a NCMEC analyst and forwarded to Law Enforcement for further investigation on the information provided in the CyberTipline report. ISPs, ESPs, and others may physically view a picture, video, or any other content that they would then report to NCMEC.

5. On August 13, 2020, Google filed CyberTipline Report 76417061, reporting that that the account of joecandidi@gmail.com had stored 500 files that depicted suspected child pornography within the user's Google Photos infrastructure. The FBI reviewed 19 of the suspected files and found that they depicted child pornography within the meaning of Title 18 U.S.C. § 2256. An example of these files is described below:

   a. On April 20, 2020, the user uploaded an image file titled "report_2398301639819757472". This file depicted a naked pre-pubescent girl, approximately 8 to 12 years old, kneeling on her hands and knees, and being penetrated from behind by an erect adult penis.

   b. On February 3, 2020, the user uploaded an image file titled "report_12307628273240483060". This file depicted a naked pre-pubescent boy, approximately 6 to 10 years old, lying on a bed with his penis exposed.

6. Google provided additional subscriber information for joecandidi@gmail.com, to include a cellphone number of 610-653-8969, which was verified on August 8, 2020. For all 500 suspected child pornography files, Google provided the IP address from which the files were uploaded.

7. One of most recent uploads included in the Cybertip from a T-Mobile IP address occurred when the user uploaded a file titled "report_1725645584691492695" from IP

address 2607:fb90:2b10:51bf:63c9:4cac:d914:e587 on November 23, 2019, at 05:35:37 UTC. This file depicted a naked girl with no public hair and no breast development. She is crawling in water and her vagina is visible. Your affiant has viewed this image, and in your affiant's opinion, it meets the definition of child pornography within the meaning of 18 U.S.C. §2256. Pursuant to an Administrative Subpoena issued by the Philadelphia Division of the FBI, T-Mobile provided records pertaining to IP address 2607:fb90:2b10:51bf:63c9:4cac:d914:e587 on November 23, 2019, at 05:35:37 UTC. The assigned mobile telephone number was identified as 610-653-8969, which matches the verified number provided by Google. According to T-Mobile, the subscriber of telephone number 610-653-8969 from February 4, 2015 to November 6, 2020 (the date of the subpoena response) was JOSEPH CANDIDI, 6840 DICKS AVE, PHILADELPHIA, PA 19142.

8. On December 3, 2020, a search warrant obtained in Crim.No. 20-2065 was served on Google for user account joecandidi@gmail.com. On January 5, 2021, Google provided records via their law enforcement portal in response, which showed that the subscriber information for account joecandidi@gmail.com was Google Account ID 733896800257, name JOE CANDIDI, E-Mail joecandidi@gmail.com, birthday October 9, 1959, and phone numbers 610-653-8969 and 267-475-7459.

9. The subscriber information for the second phone number from T-Mobile is also JOSEPH CANDIDI, 6840 Dicks Ave., Philadelphia, Pennsylvania 19142.

10. A review of the Google records provided for the joecandidi@gmail.com account showed it to contain approximately 32,351 visually unique image and video files. Your Affiant

reviewed these image and video files. Multiple images were found of a Pennsylvania Driver's License issued on April 23, 2019, in the name of JOSEPH CANDIDI, date of birth October 9, 1959, with an address of 6840 Dicks Avenue, Philadelphia, PA.  Multiple non-sexually explicit images and videos were found of a male who appears identical to the PA Driver's License photo of CANDIDI.

11. On February 2, 2021, the United States Postal Service (USPS) confirmed for your Affiant that JOSEPH CANDIDI currently receives mail at 6840 Dicks Ave. Philadelphia, PA 19142.

12. Among the files in the Google return, your Affiant also located more than 1,500 visually unique files (image files and video files) that depicted child pornography, to include depictions of infants and toddlers, bondage, and bestiality.  More than 3,700 additional visually unique files (images and videos) depicted pornography in which the age of the participants could not immediately be determined, or which depicted apparent child erotica.  In addition, approximately 22 images and 1 video of CGI/animation depicted child pornography or child erotica. A description of a sample of the files that contained child pornography is as follows:

   a. Filename: report_4936450030966586906.  Image file depicting a prepubescent minor girl with no pubic hair laying on a bed with her legs spread exposing her vagina. A dog is licking her exposed vagina.

   b. Filename: report_7917364067878104215.  Image file depicting a prepubescent minor girl with no pubic hair and no breast development laying on a bed. Her legs are

    spread to expose her vagina and they are tied with ropes to her wrists. She has duct tape over her mouth.

  c. Filename: download.mp4.  Video file depicting a female toddler laying down naked. An adult female hand is rubbing the girl's body and an adult male is masturbating over the girl.

  d. Filename: 94.jpg.  Image file depicting a prepubescent minor girl with no breast development and no pubic hair having vaginal sex with an adult male. The girl is laying on top of another girl who is touching her underwear over her vagina. A third girl is standing clothed next to the mattress with both hands holding her dress over her vagina

  e. Filename: YvN1Ic8f_o.jpg.  Image file depicting a female toddler laying with her legs spread and an adult male performing oral sex on her.

13. A review of My Activity found the user of the account conducted the following activity:

  a. Visited "Youth Nudist Gallery – taboo," "Youth Nudism," "young nudist camp," and "forbidden- family nudists, vintage nudism, young nudism" on July 26, 2020.

  b. Searched "kidz lover" on June 13, 2020. The user also searched for "russian nudism" on June 13, 2020 and visited "juvenile Russian nudists/Nudistube.com" and "Beach Girls Sexy Videos".

  c. Searched "preteen nudists" and visited "nude child stock photos and images- 123RF" and "preteen Swedish girl stock photos- page 1 Masterfile" on May 1, 2020.

    d.  Searched "nudist-ru" and visited "youngnudism.xyz" then searched "tube x porn" on March 15, 2020.

    e.  Searched for "young nudists" and visited "Home nudist, young nudist girls and boys, nudist community" and "free young nudism collection" on February 14, 2020.

14. Public records accessed through a public records database that can be accessed and searched over the Internet for 6840 Dicks Avenue, Philadelphia, Pennsylvania show JOSEPH CANDIDI is associated with that address. A criminal history check for JOSEPH CANDIDI with a date of birth of October 9, 1959 showed a Pennsylvania conviction on February 28, 2000 for Indecent Assault, in violation of 18 Pa.C.S. § 3126(a)(1), and Endangering the Welfare of Children, in violation of 18 Pa.C.S. § 4304(a), for which he was sentenced to 11 ½ to 23 months' incarceration, followed by 5 years of probation. JOSEPH CANDIDI, DOB October 9, 1959, is an inactive registered Tier 3 Sexual Offender in the Commonwealth of Pennsylvania.

15. On April 26, 2021, United States Magistrate Judge Lynne A. Sitarski, Eastern District of Pennsylvania, authorized Search and Seizure Warrant 21-758 for the residence at 6840 Dicks Avenue, Philadelphia, PA 19142 and for the person of Joseph Candidi, date of birth October 9, 1959.

16. On April 28, 2021, the FBI executed Search and Seizure Warrant 21-758 at 6840 Dicks Avenue, Philadelphia, PA 19142. Joseph Candidi was present at the residence when the search warrant was executed. After informing Candidi the he was not under arrest and did not have to answer any questions, Candidi agreed to speak with Agents. During the interview, which was audio recorded, Candidi provided the following information:

a. Candidi confirmed he used the email address joecandidi@gmail.com, and the telephone numbers 610-653-8969 and 267-475-7459.

b. Candidi admitted to seeking out child pornography on various websites and then saving some of these images to his cellphone. Amongst the search terms Candidi used to seek out child pornography were "kidz lover" and "preteen nudists".

c. Candidi admitted to viewing child pornography depicting children as young as four or five years old, and that he was aroused by the images of child pornography that he viewed.

d. Candidi acknowledged that agents would find images of child pornography saved on his current cell phone, which he identified by the telephone number 610-653-8969.

e. Candidi told agents that in 1999 he was arrested and convicted for touching the vaginal area of his then 6-year-old daughter while he was giving her a bath.

17. Pursuant to the terms of Search and Seizure Warrant 21-758, multiple items were seized from the residence of 6840 Dicks Avenue, to include a LM-V405TA Android cellphone with serial number 810KPNY0026791 and telephone number 610-653-8969, which was found on Candidi's bed. A preliminary review of the cellphone found multiple images depicting child pornography within the "screenshots" folder. Your affiant is aware that the screenshots folder on an Android cellphone stores photos that the user takes of whatever is viewable on the phone screen, which can include images that are displayed on a website. One such image that was found in the "screenshots" folder is further described as follows:

a. Filename: Screenshot_20210202-222852.png

   b. Date: February 2, 2021, 10:28pm

   c. File Path: /storage/emulated/0/Pictures/Screenshots

   d. Description: Image depicts a pre-pubescent girl, approximately 6 to 10 years old, lying on her back wearing only stockings. The girl's hands are bound over her head with a white cloth material. The girl is being vaginally penetrated by an erect adult penis.

## CONCLUSION

18. Based on the information above, I respectfully submit that there is probable cause to believe that JOSEPH CANDIDI did commit violations of 18 U.S.C. §§ 2252(a)(2) (receipt of child pornography) on approximately February 2, 2021.

19. Therefore, I respectfully request that the attached form of criminal complaint be issued with respect to JOSEPH CANDIDI, date of birth October 9, 1959.

*s/ Daron Schreier*

Daron Schreier
Special Agent
Federal Bureau of Investigation

Sworn to me this   28th
day of April 2021.

/s/ Lynne A. Sitarski

HONORABLE LYNNE A. SITARSKI
United States Magistrate Judge

**ATTACHMENT A**

**Count One – Receipt of Child Pornography – 18 U.S.C. § 2252(a)(2), (b)(1)**

On or about February 2, 2021, in Philadelphia, in the Eastern District of Pennsylvania, defendant JOSEPH CANDIDI, date of birth October 9, 1959, knowingly received visual depictions, using any means and facility of interstate and foreign commerce and that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including computer, the producing of which involved minors engaged in sexually explicit conduct, and the visual depictions were of such conduct.